IN THE SUPREME COURT OF TEXAS

 No. 12-0377

 IN RE HARRY SEWILL, RICHARD GABLE CHAPMAN, LHR ENTERPRISES, TRANSGLOBAL
 INDEMNITY LTD. AND TRANSGLOBAL MORTGAGE, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed May 14, 2012, is
granted in part. The trial court's January 5, 2012 order requiring
defendants to post additional security, in Cause No. 17,301, styled Jackson
Hot Oil Service d/b/a Jackson Brothers Hot Oil Service, Delbert Jackson,
Terry Jackson, and Cody Jackson v. Business Staffing, Inc., Harry Sewill,
BSI Insurance Services, Inc., Bart Bogus, Transglobal Mortgage, Inc.,
Transglobal Indemnity Limited, Inc., LHR Enterprises, Inc., and Richard
Gable Chapman, in the 109th District Court of Andrews County, Texas, is
stayed pending further order of this Court. The portion of the January 5
order enjoining defendants from dissipating or transferring assets except
in the normal course of business remains intact.
 2. The real party in interest is requested to respond to relators'
petition for writ of mandamus on or before May 29, 2012.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 18, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk